EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| GATEWAY SPINE & JOINT LLC ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> K&B TRANSPORTATION and ) <br> GERALD BOUTWELL, ) <br> ) <br> Respondents. ) | Case No. _____ |

## DECLARATION OF DR. BRIAN CARLTON

Under 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Brian C. Carlton. I am over the age of 18, am competent to furnish this Declaration, and do so based upon my personal knowledge of the statements made herein.

2. I am the Owner and Chief Executive Officer of Gateway Spine and Joint LLC ("Gateway"). As such, I am authorized to provide this Declaration on behalf of Gateway.

3. Gateway does not maintain a list of which law firm (if any) refers which patient. Not all patients of Gateway are referred or represented by a law firm.

4. To determine which law firm (if any) referred any particular patient to Gateway in the last ten years, Gateway would have to conduct a search of every single patient file since Gateway was founded in October 2017.

5. This would include searching thousands of patient files. Some of these patient files are kept in paper form and are not available electronically. To review these files would require, conservatively, hundreds of hours. This would disrupt the company's normal operations and be a significant burden on the company.

6. Gateway does not keep a list of marketing materials it has mailed. To determine which marketing materials (if any) were mailed to Plaintiff's law firm would require a search of the entirety of Gateway's files, some of which are kept in paper form.

7. Some of the information sought by the Subpoena to Gateway is highly sensitive, proprietary information. This includes confidential information regarding whether Gateway has entered into an agreement to sell some or all of any medical bill for a particular patient to a third party. Likewise, the amount of and specific terms regarding such a sale is highly confidential and proprietary information. This information is not publicly available, nor does Gateway share it with competitors.

8. Producing this information would be detrimental to the business of Gateway and the company would suffer harm if this information was obtained by its competitors, because any such competitor could use it to gain a competitive advantage over Gateway.

9. Whether or not Gateway sells any patient's medical bill, the entire amount of such a bill remains outstanding and due to be paid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022.

SIGNATURE:

_____

Dr. Brian Carlton